In the Matter of the Claim of JULIUS RAUH, Appellant, against THE WESTERN UNION TELEGRAPH COMPANY, Self-Insurer, Respondent. STATE INDUSTRIAL BOARD, Respondent.— Claimant was injured as the result of an assault committed by a fellow employee. The State Industrial Board has denied compensation on the ground that claimant initiated the assault and was the aggressor therein. There is substantial evidence to sustain this determination. Decision affirmed and

---

* The decision appealed from was contained in the award to Special Funds.— [REP.

claim dismissed, without costs. Hill, P. J., Crapser, Bliss, Schenck and Foster, JJ., concur.